UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **11-18307-LMI**

☒ _____2nd_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Luis Espinosa
Last Four Digits of SS# xxx-xx- 4466

CO-DEBTOR: Elizabeth Caamano
Last Four Digits of SS# xxx-xx-4464

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

   A.   $ 327.13 for months  1  to  60 ;
   B.   $_____ for months _____ to _____;
   C.   $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee    $ 3,650.00 + $500.00 = $4,150.00
                  TOTAL PAID        $2,500.00
                  Balance Due       $ 1,650.00 payable $ 137.50 month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a
Address _____

Arrearage on Petition Date $_____
Arrears Payment  $_____/month (Months____ to ___)
Arrears Payment  $_____/month (Months____ to ___)
Regular Payment  $_____/month (Months____ to ___)

2. _____

Arrears Payment  $_____
Arrears Payment  $_____/month (Months____ to ___)
Regular Payment  $_____/month (Months____ to ___)
Arrears Payment  $_____/month (Months____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Home Loans Loan No. 3150xxxxxx Prop Address: 20210 SW 117th Ave Miami, FL 33177 | Homestead Property $88,472.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a

Total Due $_____
Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 156.92 month (Months  1  to  12  ). Pay $294.42/mo (Mos 13 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying Chase Bank (Loan No. 9664xxxxx) directly outside the plan. The debtor will provide copies of their income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend schedule I and J and modify the plan if necessary.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Luis Espinosa_                                             _/s/ Elizabeth Caamano_
Debtor                                                           Joint Debtor
Date: 07-05-11                                                   Date: 07-05-11

F-31(rev. 06/02/08)